UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE A. TAYLOR, | Case No. CV 12-7665-JST(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| FRANK X. CHAVEZ, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 9, 2013

JOSEPHINE STATON TUCKER
Josephine S. Tucker
United States District Judge